# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

|                                                      |   |                           |
|------------------------------------------------------|---|---------------------------|
| **MERAL SMITH,**                                     | ) |                           |
|                                                      | ) |                           |
| Petitioner,                                          | ) |                           |
| v.                                                   | ) |                           |
|                                                      | ) | Civil Action No. 2015-0078 |
| **RICK MULGRAVE, Director of the Virgin Islands Bureau of Corrections,** | ) |   |
|                                                      | ) |                           |
| Respondent.                                          | ) |                           |

**Appearances:**
**Meral Smith,** *Pro Se*

## ORDER

**UPON CONSIDERATION** of Petitioner Meral Smith's ("Smith") "Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 1); Magistrate Judge George W. Cannon Jr.'s Report and Recommendation ("R&R") (Dkt. No. 21); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Magistrate Judge Cannon's R&R (Dkt. No. 21) is **ACCEPTED** as modified in the Memorandum Opinion; and it is further

**ORDERED** that Smith's "Petition for the Writ of Habeas Corpus" (Dkt. No. 1) is **DENIED**; and it is further

**ORDERED** that the Court **DECLINES** to issue a Certificate of Appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order and its accompanying Memorandum Opinion to Smith by certified mail, return receipt requested; and it is further

**ORDERED** that the Clerk of Court is directed to mark the case **CLOSED**.

**SO ORDERED.**

Date: January 24, 2020 _____/s/_____
WILMA A. LEWIS
Chief Judge